# EXHIBIT A

Exhibit A
90 Day Disbursements
Bankruptcy Case No. 17-12560

| Debtor | Bank Account | Check Date | Clear Date | Ck. No. | Name | Memo | Amount |
|---|---|---|---|---|---|---|---|
| Woodbridge Mortgage Investment Fund 4, LLC | 1894942703 | 08/22/17 | 09/05/17 | 15061 | IRA SERVICES TRUST COMPANY - CUSTODIAN FOR THE BENEFIT OF IVAN ORR | MTG4 SR RIDGECREST RD, CA - INT AUG | $ 666.67 |
| Woodbridge Mortgage Investment Fund 4, LLC | 1894942703 | 09/19/17 | 10/05/17 | 16267 | IRA SERVICES TRUST COMPANY - CUSTODIAN FOR THE BENEFIT OF IVAN ORR | MTG4 SR RIDGECREST RD, CA - INT SEP | 666.67 |
| Woodbridge Mortgage Investment Fund 4, LLC | 1894942703 | 10/12/17 | 11/20/17 | 17308 | IRA SERVICES TRUST COMPANY - CUSTODIAN FOR THE BENEFIT OF IVAN ORR | MTG4 SR RIDGECREST RD, CA - INT OCT 13 DAYS | 288.89 |
| Woodbridge Mortgage Investment Fund 4, LLC | 1894942703 | 10/12/17 | 11/20/17 | 17307 | IRA SERVICES TRUST COMPANY - CUSTODIAN FOR THE BENEFIT OF IVAN ORR | MTG4 SR RIDGECREST RD, CA - RETURN | 100,000.00 |
| | | | | | | | $ 101,622.23 |