**EXHIBIT B**

Exhibit B
Net Winner Transactions
Bankruptcy Case No. 17-12560

| Debtor | Bank Account | Check Date | Clear Date | Ck. No. | Name | Memo | Disbursements |
|---|---|---|---|---|---|---|---|
| Woodbridge Mortgage Investment Fund 4, LLC | 1894942703 | 06/20/17 | 07/05/17 | 12676 | IRA SERVICES TRUST COMPANY - CUSTODIAN FOR THE BENEFIT OF IVAN ORR | MTG4 SR RIDGECREST RD, CA - INT JUN 21 DAYS | $ 466.67 |
| Woodbridge Mortgage Investment Fund 4, LLC | 1894942703 | 07/18/17 | 08/01/17 | 13782 | IRA SERVICES TRUST COMPANY - CUSTODIAN FOR THE BENEFIT OF IVAN ORR | MTG4 SR RIDGECREST RD, CA - INT JUL | 666.67 |
| Woodbridge Mortgage Investment Fund 4, LLC | 1894942703 | 08/22/17 | 09/05/17 | 15061 | IRA SERVICES TRUST COMPANY - CUSTODIAN FOR THE BENEFIT OF IVAN ORR | MTG4 SR RIDGECREST RD, CA - INT AUG | 666.67 |
| Woodbridge Mortgage Investment Fund 4, LLC | 1894942703 | 09/19/17 | 10/05/17 | 16267 | IRA SERVICES TRUST COMPANY - CUSTODIAN FOR THE BENEFIT OF IVAN ORR | MTG4 SR RIDGECREST RD, CA - INT SEP | 666.67 |
| Woodbridge Mortgage Investment Fund 4, LLC | 1894942703 | 10/12/17 | 11/20/17 | 17308 | IRA SERVICES TRUST COMPANY - CUSTODIAN FOR THE BENEFIT OF IVAN ORR | MTG4 SR RIDGECREST RD, CA - INT OCT 13 DAYS | 288.89 |
| | | | | | | | $ 2,755.57 |